IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

POWER EQUIPMENT COMPANY,

    Plaintiff,

v.                                                                              No. CV 21-153 RB/CG

TURNER BROTHERS CONSTRUCTION, INC., et al.,

    Defendants.

### **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, July 20, 2021, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE