**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

POWER EQUIPMENT COMPANY,

      Plaintiff,

v.                                        No. CV 21-153 RB/CG

TURNER BROTHERS CONSTRUCTION, INC., et al.,

      Defendants.

<u>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**</u>

      **THIS MATTER** is before the Court after conferring with counsel. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Wednesday,**

**February 16, 2022, at 11:00 a.m.** The parties shall call Judge Garza's AT&T

Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code

7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE